AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Leval, Pierre N. | 2. Court or Organization<br><br>U.S. Court of Appeals, 2nd Cir | 3. Date of Report<br><br>5/15/2010 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
|---|---|---|

| 7. Chambers or Office Address<br><br>40 Foley Square Rm 1901<br>New York, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Council member | The American Law Institute |
| 2. Trustee, Executor | [REDACTED] |
| 3. Member - Photography Committee | Museum of Modern Art |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Leval, Pierre N.

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 5/15/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. February | Intellectual Property Visitor - Lewis & Clark Law School -Portland, OR - Teaching | $5,000.00 |
| 2. June | Nice International Law Summer Abroad Program - Thomas Jefferson School of Law - Nice, FRANCE -Teaching | $3,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. Jan-Dec. | State St. Cultural Inst. Pension Plan - pension |
| 2. Spring | New York University - teaching |
| 3. January | U.S. Institute of Museum & Library Services - arts funding panel |
| 4. Sprg/Fall | Pollock -Krasner Foundation |
| 5. Fall | Hunger College |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Assn | Feb. 5-7, 2009 | Phoenix, AZ | Teaching | travel/lodging/food |
| 2. | Copyright Society | June 2, 2009 | Washington, D.C. | Lecture | travel/food |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 5/15/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. MONY | Loan on life insurance policy | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 5/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Abbot Labs (common▓▓▓) | E | Dividend | O | T | Sold (part) | 02/24/09 | N | G | |
| 2. Exxon Mobil (common) | D | Dividend | N | T | Sold (part) | 02/24/09 | M | F | |
| 3. Applera ApplBiosys (ABI) (See Part VIII *) | B | Dividend | | | Sold (part) | 09/15/09 | M | | |
| 4. " | | None | | | Merged (with line 6) | 09/15/09 | M | | |
| 5. Life Technologies | | None | M | T | | 09/15/09 | M | | |
| 6. Applera - Celera Gen (CRA) (formerly PE Celera Genomics(com) | | None | K | T | | | | | |
| 7. MRO | A | Dividend | J | T | | | | | |
| 8. Daimler Chrysler (common) | A | Dividend | J | T | | | | | |
| 9. FMC Money Mkt▓▓▓) (Dreyfus) | A | Interest | J | T | | | | | |
| 10. FMC Select Fund (common)▓▓▓) | E | Dividend | N | T | | | | | |
| 11. FMC Select Fund - self (See Part VIII **) | | None | | | Sold (part) | 01/12/09 | K | | |
| 12. " - self | | None | | | Sold (part) | 01/13/09 | K | | |
| 13. " - self | | None | | | Sold (part) | 01/29/09 | J | | |
| 14. " - self | | None | | | Sold (part) | 02/24/09 | N | | |
| 15. " - self | | None | | | Sold (part) | 03/30/09 | J | | |
| 16. " - self | | None | | | Buy | 04/02/09 | J | | |
| 17. " - self | | None | | | Sold (part) | 04/28/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 5/15/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. " - self | | None | | | Sold (part) | 05/28/09 | J | | |
| 19. " - self | | None | | | Sold (part) | 06/08/09 | K | | |
| 20. " - self | | None | | | Sold (part) | 06/29/09 | J | | |
| 21. " - self | | None | | | Buy | 07/02/09 | J | | |
| 22. " - self | | None | | | Sold (part) | 07/30/09 | J | | |
| 23. " - self | | None | | | Sold (part) | 08/28/09 | J | | |
| 24. " - self | | None | | | Sold (part) | 09/01/09 | J | | |
| 25. " - self | | None | | | Sold (part) | 09/28/09 | J | | |
| 26. " - self | | None | | | Buy | 10/02/09 | J | | |
| 27. " - self | | None | | | Sold (part) | 10/28/09 | J | | |
| 28. " - self | | None | | | Sold (part) | 11/23/09 | J | | |
| 29. " - self | | None | | | Sold (part) | 12/28/09 | J | | |
| 30. " - self | | None | | | Sold (part) | 12/29/09 | K | | |
| 31. " self | | None | | | Buy | 12/31/09 | J | | |
| 32. " - ▓▓▓ | | None | | | Sold (part) | 02/24/09 | M | | |
| 33. " ▓▓▓ | | None | | | Buy | 04/02/09 | J | | |
| 34. " - ▓▓▓ | | None | | | Buy | 07/02/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 5/15/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. " - ▒▒▒ | | None | | | Buy | 10/02/09 | J | | |
| 36. " - ▒▒▒ | | None | | | Sold (part) | 12/29/09 | K | | |
| 37. " - ▒▒▒ | | None | | | Buy | 12/31/09 | J | | |
| 38. Lincoln St. Realty (limited partnership) | | None | J | W | | | | | |
| 39. Hershey (common)(s) | B | Dividend | L | T | Sold (part) | 02/24/09 | K | E | |
| 40. Smith Barney Liquid Res Fund (common) (s) | B | Dividend | K | T | | | | | |
| 41. Gen. American Inv. (common) (GAM) (s) | C | Dividend | M | T | | | | | |
| 42. Chase Bank (acccount) (s) | A | Interest | J | T | | | | | |
| 43. Chase Bank account self | | None | M | T | | | | | |
| 44. Citibank account | | None | J | T | | | | | |
| 45. Art Works | | None | L | W | | | | | |
| 46. Chase (Bank of NY) account (trust) | | None | J | T | | | | | |
| 47. Vanguard GNMA Fixed Income Fund (trust) | C | Interest | L | T | | | | | |
| 48. FHKCX | A | Dividend | J | T | Sold (part) | 01/12/09 | J | | |
| 49. FEMKX | A | Dividend | J | T | Sold (part) | 01/12/09 | J | | |
| 50. FSMAX | A | Dividend | J | T | Sold (part) | 01/12/09 | K | | |
| 51. FLGEX | A | Dividend | J | T | Sold (part) | 01/12/09 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 5/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. HGOCX | | None | J | T | Sold (part) | 01/13/09 | J | | |
| 53. IHSAX | | None | J | T | Sold (part) | 01/13/09 | J | | |
| 54. HNSCX | | None | J | T | Sold (part) | 01/13/09 | K | | |
| 55. HIOCX | | None | J | T | Sold (part) | 01/13/09 | K | | |
| 56. HCACX | | None | J | T | Sold (part) | 01/12/09 | K | | |
| 57. IGINCX | A | Dividend | J | T | Sold (part) | 01/13/09 | J | | |
| 58. TILFX | A | Dividend | K | T | | | | | |
| 59. VTRIX | A | Dividend | J | T | Sold (part) | 01/13/09 | J | | |
| 60. FNYXX | B | Interest | O | T | Buy (add'l) | 01/14/09 | M | | |
| 61. Alabama 5.25 bond 11/1/15 | A | Interest | K | T | Buy (add'l) | 05/22/09 | J | | |
| 62. California 4.90 bond | C | Interest | L | T | Buy | 03/03/09 | L | | |
| 63. Detroit 5.5 bond | B | Interest | | | Sold | 04/22/09 | L | | |
| 64. E. Rochester 5.375 bond | D | Interest | M | T | | | | | |
| 65. E. Rochester 5.00 8/15/27 | C | Interest | L | T | Buy | 04/22/09 | L | | |
| 66. Farmington 5.7 bond | B | Interest | K | T | | | | | |
| 67. Kentucky 6.0 bond | C | Interest | L | T | Sold (part) | 10/01/09 | J | | |
| 68. Mahoning 5.5 bond | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 5/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. NY MTA 5.25 4/1/14 bond | D | Interest | M | T | Buy (add'l) | 03/05/09 | L | | |
| 70. " | | None | | | Buy (add'l) | 07/14/09 | K | | |
| 71. NY MTA 5.0 7/1/15 bond | D | Interest | M | T | | | | | |
| 72. NY MTA 5.625 7/1/16 bond | C | Interest | L | T | | | | | |
| 73. Michigan Hosp. 5.0 8/1/22 bond | C | Interest | L | T | Buy | 03/04/09 | L | | |
| 74. Mission Viejo 6 bond | C | Interest | L | T | | | | | |
| 75. Mississippi Hosp. 5.25 5/15/26 bond | B | Interest | L | T | Buy | 07/17/09 | L | | |
| 76. Muskingum 5.4 bond | B | Interest | K | T | | | | | |
| 77. NYC 5.375 6/1/23 bond | D | Interest | M | T | Buy | 11/09/09 | L | | |
| 78. " | | None | | | Buy (add'l) | 12/02/09 | K | | |
| 79. NYS Bridge 5.125 1/1/12 bond | B | Interest | K | T | | | | | |
| 80. NY Dorm 5.1 2/15/26 bond | D | Interest | M | T | | | | | |
| 81. NY Dorm 6.45 8/15/24 bond | D | Interest | M | T | | | | | |
| 82. NY Dorm 5.25 8/1/25 bond | D | Interest | M | T | | | | | |
| 83. NY Dorm 5.25 8/1/19 bond | D | Interest | M | T | Buy (add'l) | 03/04/09 | L | | |
| 84. " | | None | | | Sold (part) | 02/02/09 | J | | |
| 85. NY Dorm 5.25 8/1/19 bond | | None | | | Sold (part) | 08/03/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 5/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. NY Dorm 5.45 8/1/29 bond | C | Interest | L | T | Buy | 08/01/09 | L | | |
| 87. NY Dorm 5.5 8/1/38 bond | D | Interest | M | T | Buy | 03/03/09 | L | | |
| 88. " | | None | | | Buy (add'l) | 03/04/09 | L | | |
| 89. NY Dorm 5.4 2/1/31 bond | D | Interest | M | T | | | | | |
| 90. NY Dorm 5.625 8/1/22 bond | D | Interest | M | T | | | | | |
| 91. NY Dorm 6.25 2/1/36 bond | D | Interest | M | T | | | | | |
| 92. NY Dorm 5.75 8/1/24 bond | D | Interest | M | T | | | | | |
| 93. NY Dorm 5.375 2/1/17 bond | C | Interest | L | T | | | | | |
| 94. NY Dorm 6.0 8/1/35 bond | C | Interest | | | Sold | 07/09/09 | M | | |
| 95. NY Dorm 5.375 8/1/27 bond | C | Interest | | | Sold | 11/12/09 | L | | |
| 96. NY Dorm 5.0 bond 4/1/12 | C | Interest | L | T | | | | | |
| 97. NY Dorm 5.45 8/1/35 bond | B | Interest | L | T | Buy | 07/21/09 | L | | |
| 98. NY Dorm 5.45 8/1/27 bond | D | Interest | M | T | Buy | 03/03/09 | L | | |
| 99. " | | None | | | Buy (add'l) | 03/04/09 | K | | |
| 100. NY Dorm 5.0 2/1/18 bond | C | Interest | L | T | Buy | 03/03/09 | L | | |
| 101. NY Dorm 5.0 2/1/28 bond | B | Interest | L | T | Buy | 02/04/09 | L | | |
| 102. NYS Energy 5.5 bond 1/1/21 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 5/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. NYS Envir. 5.125 bond 6/15/19 | D | Interest | M | T | | | | | |
| 104. NYS Urban 5.5 bond 7/1/16 | B | Interest | K | T | Sold (part) | 06/01/09 | J | | |
| 105. Norfolk 5.75 bond 11/1/13 | C | Interest | L | T | | | | | |
| 106. NC Med 5.5 bond 10/1/24 | C | Interest | L | T | | | | | |
| 107. NC East Mun 5.5 bond 1/1/21 | D | Interest | M | T | Buy (add'l) | 03/03/09 | L | | |
| 108. Peninsula 8.7 bond 8/1/23 | C | Interest | K | T | | | | | |
| 109. RI Dep 6.0 bond 8/1/17 | C | Interest | L | T | | | | | |
| 110. RIS Health 5.5 bond 5/15/16 | C | Interest | L | T | | | | | |
| 111. Sacramento 5.0 bond 12/1/16 | C | Interest | L | T | | | | | |
| 112. St. Paul 5.5 bond 11/1/23 | C | Interest | L | T | | | | | |
| 113. Triborough 5.25 1/1/13 bond | C | Interest | L | T | | | | | |
| 114. Triborough 5.25 1/1/14 bond | D | Interest | M | T | | | | | |
| 115. Washington 5.25 8/1/23 bond | D | Interest | M | T | Buy | 03/04/09 | M | | |
| 116. NY Dorm 5.375 2/1/17 bond | C | Interest | | | Buy | 01/07/09 | M | | |
| 117. " | | None | | | Sold | 11/12/09 | M | | |
| 118. Califor. 4.9 10/1/13 ▓ | C | Interest | L | T | Buy | 02/03/09 | L | | |
| 119. NY MTA 5.25 4/1/14 bond - ▓ | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 5/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Michigan 5.75 8/15/26 | B | Interest | K | T | Buy | 10/02/09 | K | | |
| 121. Muskingum 5.35 bond - | A | Interest | J | T | Sold (part) | 02/17/09 | J | | |
| 122. NYC Mun 5.75 bond 6/15/13 | A | Interest | K | T | | | | | |
| 123. NYC Ind. 5.375 6/1/23 bond | B | Interest | L | T | Buy | 11/09/09 | L | | |
| 124. NY Dorm 5.1 2/15/26 bond - | C | Interest | L | T | | | | | |
| 125. NY Dorm 6.45 8/15/24 bond | C | Interest | L | T | | | | | |
| 126. NY Dorm 5.25 8/1/25 bond - | C | Interest | L | T | | | | | |
| 127. NY Dorm 5.5 8/1/38 | B | Interest | L | T | Buy | 03/03/09 | L | | |
| 128. NY Dorm 5.375 8/1/27 bond | B | Interest | | | Sold | 11/12/09 | L | | |
| 129. NY Dorm 5.375 2/1/17 bond | B | Interest | K | T | Buy | 01/12/09 | K | | |
| 130. NY Dorm 5.0 2/1/12 bond | B | Interest | K | T | | | | | |
| 131. NY Dorm 5.0 2/1/28 bond - | C | Interest | L | T | Buy | 03/03/09 | L | | |
| 132. Norfolk 5.75 bond - | C | Interest | L | T | | | | | |
| 133. North Car. 5.5 1/1/21 bond | C | Interest | L | T | Buy | 03/03/09 | L | | |
| 134. RI Health 5.5 bond - | C | Interest | L | T | Buy | 06/03/09 | L | | |
| 135. New Providence Assoc. LP fund self | | None | N | T | Buy | 09/01/09 | N | | |
| 136. JPMorgan Tax Free Bond VANTX self | A | Interest | K | T | Buy | 10/09/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 5/15/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

\*   My end of year holding for this security is reported in Column C of Line 5, addressing the security I received on account of merger.

\*\*   The audit function comments in relation to numerous lines in which I report additional purchases and partial sales that "Column C(1) and C(2) should be completed for each asset owned on the last day of the repiort period." On the first line relating to each asset, I have filled in Column C showing my holding in that asset at the close of the year. Repeating that information on subsequent lines that report an additional purchase or a partial sale of that asset would result in double counting.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544